2/6/08

Dear Clerk of Court,

I am writing this letter requesting your assistance. I would like to know who I need to be in contact with at the Public Defenders Office in reference to filing a motion. I need to be assigned counsel to file a motion on my behalf in reference to the recent crack cocaine amendment that will be made retroactive March 3, 2008. In order for me to get a modification of my sentence. Your assistance will greatly be appreciated.

Sincerely,
Ian Tracey 25856-037

My address
Ian Tracey 25856-037
Federal Medical Center Devens
P.O. Box 879
Ayer, MA, 01432