# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Hand-delivery via Inter-office Mail**

March 27, 2008

**Crack Reduction - Status Report on Pro Se Motion**

The Honorable J. Frederick Motz
United States District Judge
United States Courthouse
101 West Lombard Street
Chambers 5A
Baltimore, Maryland 21201

MAR 2 7 2008

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX
AT BALTIMORE

Re:    *United States v. Ian Wayne Tracey*
No. JFM-94-174

Dear Judge Motz:

Please accept and docket this letter as a status report in the above-captioned case. Mr. Tracy filed, on February 11, 2008, a pro se letter seeking counsel to help him with a motion under 18 U.S.C. § 3582, which was construed as a pro se motion to reduce sentence. He was convicted of distribution of cocaine base and conspiracy to possess with the intent to distribute cocaine base. On January 7, 2002, he was sentenced to 240 months imprisonment.

When I receive the presentence report and other materials from U.S. Probation, I will be able to determine if Mr. Williams may be eligible to seek a sentencing reduction. I would note that Mr. Williams's current estimated release date is January 31, 2017.

Enclosed is a proposed order giving my Office time to file an additional status report upon receipt of the materials from U.S. Probation.

Thank you for your attention to this matter.

Very truly yours

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw

Enclosure

cc:    Barbara Sale, AUSA
       Court file
       Estelle Santana, USPO
       Ian Wayne Tracey