IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

      v.                       *    **Criminal No. JFM-94-174**

IAN WAYNE TRACEY
                         *

\* \* \* \* \* \*

**O R D E R**

      Upon review of the status report filed by the Office of the Federal Public Defender, it is this

\_\_\_ day of _____, 2008, ordered by the United States District Court for the District of Maryland

that:

      1) The Federal Public Defender for the District of Maryland shall provide another status

report within 30 days of receipt of the PSR, J&C, and Amended Calculations if applicable.

 

                                    _____

                                    J. Frederick Motz
                                    United States District Judge