**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 MAR 28  P 12: 20

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

<u>Hand-delivery via Inter-office Mail</u>

March 28, 2008

**Crack Reduction**  **Status Report**
**Motion for Appointment of Counsel**
**Supplemental Memorandum in Support of Motion to Reduce Sentence**

The Honorable J. Frederick Motz
United States District Judge
United States Courthouse
101 West Lombard Street
Chambers 5A
Baltimore, Maryland 21201

Re: *United States v. Ian Wayne Tracey*
No. JFM-94-174

Dear Judge Motz:

Please accept and docket this letter as a status report and Supplemental Memorandum in Support of a Motion for Reduction of Sentence under 18 U.S.C. § 3582 in the above-captioned case. Mr. Tracey filed, on February 11, 2008, a pro se letter seeking counsel to help him with a motion under 18 U.S.C. § 3582, which was construed as a pro se motion to reduce sentence. He was convicted of distribution of cocaine base and conspiracy to possess with the intent to distribute cocaine base. On January 7, 2002, he was sentenced to 240 months imprisonment.

The U.S. Probation Office has determined that Mr. Tracey is eligible to seek a reduced sentence based upon retroactive application of the crack amendment. According to the calculations of U.S. Probation, Mr. Tracey's sentence could reduce from 240 months to 188 months if the Court were to re-sentence at the low end of the amended guideline range. Mr. Tracey's estimated release date is January 31, 2017. A 52 month reduction in sentence would move his release date up approximately 46 months to March 2013.

Mr. Tracey has been in touch with my Office and requested assistance with this matter. I would request that the Court enter an order appointing my Office to represent Mr. Tracey and

requiring a government response to the motion to reduce sentence within thirty days. A proposed order is attached.

Thank you for your attention to this matter.

Very truly yours

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw

Enclosure

cc: Barbara Sale, AUSA
Court file
Estelle Santana, USPO
Ian Wayne Tracey