IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

v.                               *   Criminal No. JFM-94-174

IAN WAYNE TRACEY                 *

* * * * * *

# ORDER

Upon review of the status report filed by the Office of the Federal Public Defender, it is this ___ day of _____, 2008, ordered by the United States District Court for the District of Maryland that:

1) The status report shall be docketed as a Motion for Appointment of Counsel;

2) The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3) The status report also shall be docketed as a Supplemental Memorandum in Support of a Motion for Reduction of Sentence under 18 U.S.C. § 3582;

4) The U.S. Attorney shall respond to the supplemental motion within thirty days of this Order.

_____
J. Frederick Motz
United States District Judge