IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 MAR 28 P 4: 32

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES OF AMERICA   *

v.   *   Criminal No. JFM-94-174

IAN WAYNE TRACEY   *

\* \* \* \* \*

ORDER

Upon review of the status report filed by the Office of the Federal Public Defender, it is this 28th day of March, 2008, ordered by the United States District Court for the District of Maryland that:

1) The status report shall be docketed as a Motion for Appointment of Counsel;

2) The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3) The status report also shall be docketed as a Supplemental Memorandum in Support of a Motion for Reduction of Sentence under 18 U.S.C. § 3582;

4) The U.S. Attorney shall respond to the supplemental motion within thirty days of this Order.

_____
J. Frederick Motz
United States District Judge