FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 MAR 31 A 11: 11

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                         *     Criminal No. JFM-94-174

IAN WAYNE TRACEY                           *

* * * * * *

ORDER

Upon review of the status report filed by the Office of the Federal Public Defender, it is this 31st day of March, 2008, ordered by the United States District Court for the District of Maryland that:

1) The Federal Public Defender for the District of Maryland shall provide another status report within 30 days of receipt of the PSR, J&C, and Amended Calculations if applicable.

_____
J. Frederick Motz
United States District Judge