IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

v.                                *     CRIMINAL NO. JFM-94-174

IAN WAYNE TRACEY                  *

...oOo...

**LINE OF APPEARANCE**

Madam Clerk:

Please enter the appearance of Stuart A. Berman as counsel for the government for all purposes in the above-captioned case and strike the appearance of Brent Gurney.

                                  Respectfully submitted,

                                  Rod J. Rosenstein
                                  United States Attorney

By: _____
      Stuart A. Berman
      Assistant United States Attorney
      United States Attorney's Office
      6500 Cherrywood Lane, Suite 400
      Greenbelt, Maryland 20770
      (301) 344-4433

CERTIFICATE OF SERVICE

This is to certify that on this 31st day of March 2008, a copy of the foregoing Line of Appearance was sent by first-class mail, postage prepaid, to the following:

Denise Charlotte Barrett
Office of the Federal Public Defender
100 S. Charles Street
Suite 1100
Tower 2
Baltimore, MD 21201

_____
Stuart A. Berman
Assistant United States Attorney