IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. JFM-94-0174 |
| IAN WAYNE TRACEY | * |

...ooOoo...

**GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION
OF SENTENCE UNDER 18 U.S.C. § 3582(c)**

The United States of America, by its undersigned counsel, having reviewed the Presentence Report, the Judgment & Commitment Order, the revised guidelines computation and a Bureau of Prisons SENTRY report for the defendant named above, **does not oppose** retroactive application of the revised "crack" guideline pursuant to 18 U.S.C. § 3582(c).

The United States notes that even if a defendant is eligible for a sentence reduction, whether or not to grant the reduction is a matter committed to the Court's discretion, not an automatic entitlement. Moreover, consistent with revised Application Note 3 to U.S.S.G. § 1B1.10, it is the government's position that a defendant ought to be re-sentenced to the same relative point within the new guideline range at which he was sentenced previously. The United States **does oppose** any reduction in the term of supervised release or any other term of the sentence.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Barbara S. Sale
Barbara S. Sale
Assistant United States Attorney
Bar No. 00307
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4902

## Certificate of Service

I HEREBY CERTIFY that this ~~21st~~ 22nd *DCL* day of April 2008, a copy of the foregoing Government's Response to Motion for Reduction Of Sentence under 18 U.S.C. § 3582(c) was hand-delivered to:

> Denise C. Barrett
> The Office of the Federal Public Defender
> for the District of Maryland
> Tower II, Suite 1100
> 100 S. Charles St.
> Baltimore, MD 21201

and

> Estelle Santana
> Deputy Chief United States Probation Officer
> United States Probation and Pretrial Services
> 250 W. Pratt Street, Suite 400
> Baltimore, MD 21201

_____
Debra C. Lesser
Paralegal Specialist