IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. JFM-94-174 |
| IAN TRACEY | * | |
| | * * * * * | |

### SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)

Ian Tracey, through James Wyda, Federal Public Defender for the District of Maryland, and Denise C. Barrett, Assistant Federal Public Defender, hereby submits this second supplemental memorandum in support of his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). In support of this motion, the defendant states the following:

1. On January 4, 2002, this Court sentenced the defendant to a 240 month term of imprisonment for two counts of distribution of cocaine base.

2. The Court imposed this sentence using a final offense level of 36, criminal history category III (235 to 293 months).

3. Under the amended crack guidelines at U.S.S.G. § 2D1.1 (2007), the defendant's total offense level would be 34. At a criminal history III, his new guideline range would be 188 to 235 months.

4. The defendant's current estimated release date is January 31, 2017. With the two level reduction, and a new sentence at the low end of the range contemplated under U.S.S.G. § 1B1.10, his release date would move up to around March 2013.

5. For reasons stated more fully in the attached memorandum, the defendant requests that the Court reduce his sentence to 97 months, pursuant to its authority under 18 U.S.C. § 3582(c) and



*United States v. Booker*, 543 U.S. 220 (2005). A 97 month sentence represents the low end of what the guideline would be if Mr. Tracey's guideline calculations were based upon cocaine powder rather than crack cocaine. A 97 month sentence also would reflect Mr. Tracey's exemplary prison conduct and the harsh consequences of deportation awaiting him upon release from the custody of the Bureau of Prisons. In short, a 97 month sentence is "sufficient, but not greater than necessary" under 18 U.S.C. § 3553(a).

        Respectfully submitted,

/s/ Denise C. Barrett
_____
Denise C. Barrett    #06734
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Suite 1100, Tower II
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: denise_barrett@fd.org

## REQUEST FOR HEARING

Unless the Court is willing to grant the requested relief without a hearing, the defendant requests a hearing pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland.

_____
Denise C. Barrett
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May 2008, a copy of the foregoing second supplemental memorandum was delivered via inter-office mail to Barbara Sale, AUSA, United States Attorney's Office, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201, and Estelle Santana, USPO, 250 West Pratt Street, Suite 400, Baltimore, Maryland.

_____
Denise C. Barrett
Assistant Federal Public Defender