```
DEVBE              *        PROGRESS REPORT        *        12-31-2007
PAGE                                                        10:24:02

RSP OF: DEV DEVENS FMC              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        42 PATTON ROAD
        AYER, MA 01432
        978 796-1000

NAME: TRACEY, IAN WAYNE             REG. NO.: 25856-037
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| Inmate Provided Copy | 12-31-07 | [signature] |

```
TYPE OF PROGRESS REPORT:
INITIAL ___  SIH ___  TRIENNIAL XXX  PRE-RELEASE ___  TRANSFER ___  OTHER: ___

PRESENT SECURITY/CUSTODY LEVEL:
MINIMUM/IN

OFFENSE/VIOLATOR OFFENSE:

21 U.S.C. 841: DISTRIBUTION OF A MIXTURE CONTAINING COCAINE BASE

18 U.S.C. 2:   AIDING AND ABETTING

SENTENCE IMPOSED AND TERM OF SUPERVISION:

240 MONTHS/5 YEARS

DATE COMPUTATION BEGAN: 01-04-2002
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED:<br>+ JAIL CREDIT - INOP TIME |
|---|---|---|
| 0    /0    /0 | 432 | M:       71  D: 28<br>+ 857      JC - 0       INOP |

```
PROJECTED RELEASE DATE: 01-31-2017   PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES: UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT:
                           DEPORTATION PROCEDURES #17753126

CO-DEFENDANTS: REFER TO PSI


DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                      BP-CLASS-3
```

```
NAME: TRACEY, IAN WAYNE              REG. NO.: 25856-037
```

------------------------- INSTITUTIONAL ADJUSTMENT --------------------------

Mr. Tracey has adjusted satisfactorily to his current incarceration. He maintains a good rapport with staff and his inmate peers. He is not considered a management or disciplinary problem.

A. PROGRAM PLAN: Mr. Tracey's Initial Classification at FCI McKean took place on June 18, 2003. During this and subsequent reviews, the Unit Team recommended he enroll in the GED Program and make satisfactory progress towards completion, enroll in at least (1) Adult Continuing Education Course and make satisfactory progress towards completion, voluntarily enroll in at least (2) RPP Courses and make satisfactory progress towards completion, voluntarily enroll in the 40 Hour Drug Education Program and make satisfactory progress towards completion, attend N.A. meetings as needed, establish an acceptable FRP contract and maintain satisfactory participation, begin developing release plans, obtain an institution work assignment and receive at least satisfactory work performance ratings, maintain clear conduct/sanitation, and begin saving money for release.

B. WORK ASSIGNMENTS: Mr. Tracey has been assigned as a Hospital Orderly since December 17, 2007, and as a J Unit Orderly since October 31, 2007. He consistently receives outstanding work performance evaluations and is considered a hard worker. Since arriving in the Bureau of Prisons, Mr. Tracey has been assigned to the following work details:

```
INST    WORK ASSIGNMENT                          START DATE    STOP DATE
DEV     HOSP ORD   HOSPITAL ORDERLY              12-17-2007    CURRENT
DEV     J UNIT ORD J UNIT ORDERLY                10-31-2007    CURRENT
DEV     EDUC TUTOR EDUCATION TUTOR - MAIN        05-31-2007    10-31-2007
DEV     A&O        ADMISSION & ORIENTATION       04-03-2007    04-10-2007
FTD     TUTOR E    EDUCATION TUTOR - FCI EAST    10-01-2006    04-03-2007
FTD     GED TTR    GED TUTOR 5712 EDUCATION      06-24-2006    10-01-2006
FTD     VACATION E VACATION - FCI EAST           06-16-2006    06-24-2006
FTD     GED TTR    GED TUTOR 5712 EDUCATION      09-28-2005    06-16-2006
FTD     VACATION E VACATION - FCI EAST           09-21-2005    09-28-2005
FTD     GED TTR    GED TUTOR 5712 EDUCATION      04-22-2005    09-21-2005
FTD     PLUMB 1 EA PLUMBING 1 FCI - EAST         03-07-2005    04-22-2005
FTD     A&O CMP E  A&O COMPLT-PND WRK ASSIGN EAST 01-27-2005   03-07-2005
FTD     A&O WEST   ADMISSION & ORIENTATION - WEST 01-18-2005   01-27-2005
PHL     UNASSG     UNASSG                        01-10-2005    01-18-2005
LEW     UNASSG     UNASSIGNED WORK DETAIL        01-06-2005    01-10-2005
MCK     ORD C B    ORDERLY CB                    12-11-2003    01-06-2005
MCK     ORD C B    ORDERLY CB                    06-26-2003    12-11-2003
MCK     UNASSG     UNASSIGNED                    06-10-2003    06-26-2003
MCK     A&O        ADMISSION & ORIENTATION       06-06-2003    06-23-2003
```

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Mr. Tracey is currently enrolled in Personal Finance and is making satisfactory progress towards completion. Since arriving in the Bureau of Prisons, Mr. Tracey has completed the education courses noted below:

------------------------ EDUCATION INFORMATION ---------------------------
```
FACL ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP DATE/TIME
DEV  ESL HAS     ENGLISH PROFICIENT             06-17-2003 1113 CURRENT
DEV  GED HAS     COMPLETED GED OR HS DIPLOMA    07-09-2003 1246 CURRENT
```

------------------------- EDUCATION COURSES -----------------------------
```
SUB-FACL  DESCRIPTION                   START DATE STOP DATE  EVNT AC LV  HRS
DEV       (PF) PERSONAL FINANCE         11-19-2007 CURRENT
FTD GP    ACE REAL ESTATE INV SAT RM222 04-01-2006 06-17-2006  P   C  P   30
FTD GP    CINEMATIC HISTORY             01-24-2006 04-13-2006  P   C  P   48
```

D. COUNSELING PROGRAMS: Mr. Tracey has not completed, nor is he required to complete, any counseling courses. However, based on his admitted substance abuse history, it has been recommended he voluntarily enroll in and complete the 40 Hour Drug Education Program prior to release.

NAME: TRACEY, IAN WAYNE              REG. NO.: 25856-037

E.  INCIDENT REPORTS: Since arriving in the Bureau of Prisons, Mr. Tracey has received the following incident reports:

---

UDC HEARING DATE/TIME: 08-09-2005 1126    INCIDENT DATE/TIME: 08-01-2005 0930
  330  BEING UNSANITARY OR UNTIDY - FREQ: 1
     LP COMM    / 30 DAYS / CS / SUSPENDED 30 DAYS
     COMP:   LAW:    SANCTIONED SUSPEND 30 DAYS PENDING CLEAR CONDUCT.

F.  INSTITUTIONAL MOVEMENT: Mr. Tracey arrived at FCI McKean, Pennsylvania on June 6, 2003, as an Initial Designation. He remained there until his transfer to FCI Ft. Dix, New Jersey on January 18, 2005, for Lesser Security purposes. On April 3, 2007, he was transferred to FMC Devens, Massachusetts for nearer release purposes. No further movement is planned and it is expected he will release from this facility.

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| DEV LOW | A-DES | TRANSFER RECEIVED | 04-03-2007 |
| FTD GP | A-DES | TRANSFER RECEIVED | 01-18-2005 |

G.  PHYSICAL AND MENTAL HEALTH: Mr. Tracey has been given a regular duty work assignment with no medical restrictions. He has been cleared for Food Service. The Unit Team is not aware of any significant mental health issues.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: Mr. Tracey satisfied his financial obligation of a $100.00 Non-committed Felony Assessment Fee on September 8, 2004.

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| COMPLT | FINANC RESP-COMPLETED | 09-08-2004 |

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS: Due to the amount of time Mr. Tracey has remaining to serve, he has not yet been reviewed for a Residential Reentry Center placement. However, the United States Immigration and Customs Enforcement Agency has lodged a detainer for deportation proceedings upon completion of Mr. Tracey's current term of confinement.

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP INELIG | RELEASE PREP PGM INELIGIBLE | 12-11-2007 |

PRE-RELEASE PREP DATE: July 31, 2016

RESIDENCE:   To be determined prior to release

EMPLOYMENT:  To be determined upon release

USPO:        **Sentencing District**
             William F. Henry, CUSPO
             United States Probation Office
             District of Maryland
             250 West Pratt Street, Room 400
             Baltimore, Maryland 21201-2423
             Telephone Number: (410) 962-4740

J.  RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 U.S.C. 4042(B) DUE TO: CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

18 U.S.C. 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 U.S.C. 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

( ) YES   (XX) NO

NAME: TRACEY, IAN WAYNE            REG. NO.: 25856-037

18 U.S.C. 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____    DATE: December 31, 2007
             DANIEL SULLIVAN, CASE MANAGER

DATE TYPED: December 31, 2007

REVIEWED BY: _____    DATE: December 31, 2007
             CARRIE HUNTON, UNIT MANAGER