```
REGISTER NO: 25856-037    NAME..: TRACEY              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: DEV-DEVENS FMC
```

---------------------------- EDUCATION INFORMATION ----------------------------

```
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
DEV  ESL HAS    ENGLISH PROFICIENT          06-17-2003 1113 CURRENT
DEV  GED HAS    COMPLETED GED OR HS DIPLOMA 07-09-2003 1246 CURRENT
```

----------------------------- EDUCATION COURSES ------------------------------

```
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
DEV LOW    MICROSOFT WORD 2003 VT 2     03-17-2008  CURRENT
DEV LOW    (PG) PARENTING CLASSES       01-16-2008  CURRENT
DEV LOW    (HN) HEALTH NUTRITION CLASSES 03-03-2008 03-07-2008  P   C  P    5
DEV LOW    (PG) ENTREPRENEURIAL TRAINING 12-10-2007 12-27-2007  P   C  P   10
DEV LOW    (PF) PERSONAL FINANCE        11-19-2007  12-05-2007  P   C  P   10
FTD GP     ACE REAL ESTATE INV SAT RM222 04-01-2006 06-17-2006  P   C  P   30
FTD GP     CINEMATIC HISTORY            01-24-2006  04-13-2006  P   C  P   48
MCK        CMPTR VT OFFICE 2000 1230 M-F 06-22-2004 08-25-2004  P   C  M   88
MCK        ACE-BEGINNING ANATOMY        03-06-2004  05-08-2004  P   C  P   36

G0002         MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 25856-037      NAME..: TRACEY                    FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: DEV-DEVENS FMC
```

--------------------------------- EDUCATION COURSES ---------------------------------

```
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT  AC  LV  HRS
MCK       RELATIONSHIPS-M/W/F 930-1130 02-09-2004  03-23-2004  P    C   P   43
MCK       ACE - CDL                    10-14-2003  01-08-2004  P    C   P   48
MCK       ACE,FINANCE SEC.M/T/SAT.6-8PM 09-15-2003 10-18-2003  P    C   P   35
MCK       RPP(6)REINTEGRATE INTO FAMILY 10-12-2003 10-12-2003  P    C   P    8
```

G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED



# Certificate of Appreciation

Presented to:

## Sam Tracey

FCI Fort Dix wishes to sincerely thank you for your efforts and playing a vital role in the advancement of our 2005 – 2006 GED Program.

_____
Ms. Tenor
Assistant Supervisor of Education

# FEDERAL MEDICAL CENTER DEVENS

## Certificate of Completion

The Education Department is pleased to present this certificate to

### IAN TRACEY

For successfully completing 12 hours of classroom study in

## Parenting

In witness thereof, the undersigned given this 20th day of March 2008

K. Parrott, Program Coordinator

Ms. Benet-Rivera, Supervisor of Education




FMC Devens Health Services and Education Departments

# Certificate of Completion

This is to certify that

## Ian Tracey

has successfully completed 5 hours of classroom instruction in the principles of basic nutrition for heart health and healthy living

# Nutrition and Health

In witness thereof the undersigned given this 7th day of March 2008

H. Healy, Registered Dietitian




# FMC Devens Education Department

## Certificate of Completion

This is to certify that

**IAN TRACEY**

Has successfully completed 10 Hrs of classroom study in

**ENTREPRENEURIAL TRAINING**

In witness thereof the undersigned given this 27th day of December 2007

A. Laver, ACE-RPP Coordinator

Ms. Benet-Rivera, Supervisor of Education

# Certificate of Completion

**FMC Devens, Education Department**

This is to certify that

## IAN TRACEY

Has successfully completed 10 Hrs of classroom study in

## PERSONAL FINANCE

In witness thereof the undersigned given this 25th day of September 2007

A. Laver, ACE-RPP Coordinator

Ms. Benet-Rivera, Supervisor of Education

# Ace Program
## Certificate of Completion



is hereby granted to:

### Ian Tracey

to certify that they have completed to satisfaction the

**Real Estate Investment**

Granted: June 17, 2006

_____
Ms. Tenor, ASOE
Education Department 5712



F.C.I. Fort Dix Education Department

# Certificate of Achievement

awarded to

*Ian Tracey*

For satisfactorily completing:

## Computer Vocational Training

In

*Microsoft Office 2000*

Consisting of __88__ Hours of instruction in Keyboarding Skills, Word, Excel, Access, and PowerPoint and a Final Grade of __100%__

*Given on August 25, 2004*

S. Nicholson, *Computer VT Instructor*

D. Flatt, *Acting Supervisor of Education*

# Certificate of Achievement

This certifies that

## Ian Tracey

has satisfactorily completed

## Beginning Anatomy

Consisting of 36 Hours of Training

This certificate is hereby issued this 8th day of May, 2004.

_____
Supervisor of Education

_____
Instructor

FCI McKean Education Department

# Certificate of Achievement

This certifies that

## Ian Tracey

has satisfactorily completed

### Keys to Loving Family Relationships

Consisting of __43__ Hours of Training

This certificate is hereby issued this __22nd__ day of __March__, 2004

_Maryanne Agricola_, Teacher

_Dennis J. Flatt_, Acting Supervisor of Education

# Certificate of Achievement

This certifies that

## Ian Tracey

has satisfactorily completed

## Financial Securities

Consisting of **35** Hours of Training

This certificate is hereby issued this 18th day of October, 2003

_____
Supervisor of Education

_____
Instructor